**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6441**

---

In Re:  ALANI OLUSEGUN ARAWOLE,

Petitioner.

---

On Petition for Writ of Mandamus.  (CR-97-283)

---

Submitted:  April 25, 2002          Decided:  May 8, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Alani Olusegun Arawole, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alani Olusegun Arawole filed this mandamus petition seeking to compel the district court to act on his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. Mandamus is a drastic remedy only to be used in extraordinary circumstances. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is available only when the petitioner has a clear right to the relief sought and there are no other means for obtaining the requested relief. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980); Beard, 811 F.2d at 826. Arawole has failed to make the requisite showing for such extraordinary relief. Our review of the district court docket sheet discloses that there has been no undue delay in considering Arawole's § 2255 motion by the district court.

Accordingly, we deny his mandamus petition without prejudice to Arawole's right to file another mandamus petition if the district court does not act expeditiously. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2